AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FID
11708706

| United States of America | )  |
|---|---|
| v. | ) Case: 1:24-mj-00267 |
| JULIUS MAKIRI JENGE | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 8/21/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JULIUS MAKIRI JENGE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Securities Fraud (15 U.S. Code § 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5)

Date: 08/21/2024

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/24, and the person was arrested on *(date)* 8/22/24
at *(city and state)* ARLINGTON, VA

Date: 8/23/24

*Arresting officer's signature*

GEORGE ADAMS, Senior Special Agent
*Printed name and title*