UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 24-MJ-267 (MAU) |
| v. | : | |
| | : | |
| **JULIUS MAKARI JENGE** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE AND EXCLUDE TIME
AND WAIVER OF PRELIMINARY HEARING**

The United States of America, through the undersigned attorney, and the Defendant, Julius Jenge, through his undersigned attorney, respectfully submit this joint motion to extend the deadline by which the government must charge the Defendant through an information or by grand jury indictment under 18 U.S.C. § 3161(b). The Parties further request that the corresponding period of delay be excluded in computing time under the Speedy Trial Act. The Defendant also waives his right to a preliminary hearing.

On August 21, 2024, the Court approved a criminal complaint and warrant authorizing the government to arrest Mr. Jenge, and he was arrested the next day. On August 23, 2024, Mr. Jenge appeared before United States Magistrate Judge Michael G. Harvey for his initial appearance. Mr. Jenge was detained pending a detention hearing scheduled to occur on August 27, 2024.

The Speedy Trial Act requires that "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested[.]" 18 U.S.C. § 3161(b). Under § 3161(b), the government must file an information or indictment against Mr. Jenge by September 21, 2024. However, time may be excluded from this Speedy Trial Act requirement if the Court finds "that the ends of justice served

by [granting a continuance] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). If granting such a continuance, the Court must place on the record the reasons why the delay better serves the ends of justice than the public's and defendant's interests in a speedy trial. *Id.*

Mr. Jenge was arrested on a criminal complaint charging him with one count of securities fraud, in violation of 15 U.S. Code § 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5. This single charge stems from the government's broader investigation into a scheme to defraud investors in the publicly traded securities in Minerco (stock ticker MINE). The parties are currently discussing the nature of the government's investigation, the extent of Mr. Jenge's potential criminal exposure, and whether the parties may be able to resolve this matter prior to Mr. Jenge facing additional charges by way of an information or indictment.

The ends of justice support delaying the time by which the government must seek an information or indictment against Mr. Jenge. Such a delay will increase the likelihood that the parties will resolve this matter without the expenditure of unnecessary grand jury and Court resources. It will also allow Mr. Jenge to assess his exposure before potentially facing additional criminal charges.

For these and other reasons, the parties jointly request that the deadline by which the government must charge Mr. Jenge by information or indictment be extended by thirty days to October 21, 2024. The parties further request that this period of delay be excluded under § 3161(h)(7).

The Defendant also waives his right to a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

The undersigned Counsel for the Defendant has met and conferred with the Defendant who consents to this request.

A proposed order is attached.

                                        Respectfully submitted,

                                        GLENN S. LEON
                                        Chief, Fraud Section
                                        Criminal Division

By:    */s/ Kyle Crawford*
           Kyle Crawford (D.C. 888241455)
           Trial Attorney, Fraud Section
           Criminal Division
           United States Department of Justice
           1400 New York Ave. N.W.
           Washington, DC 20005
           202-794-4010
           kyle.crawford@usdoj.gov

           *Counsel for the United States*

By:    */s/ Christopher Davis*
           Christopher Davis
           DAVIS & DAVIS
           1350 Connecticut Avenue, NW Suite 202
           Washington, DC 20036
           (202) 234-7300
           cmdavisdc@gmail.com

           *Counsel for the Defendant*