UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24-MJ-267 (MAU) |
| v. | : | |
| | : | |
| JULIUS MAKARI JENGE | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, through the undersigned attorney, and the Defendant, Julius Jenge, through his undersigned attorney, respectfully submit this joint motion to continue the status conference scheduled for October 21, 2024 at 1:00 PM until on or after November 15, 2024; to extend the deadline by which the government must charge the Defendant through an information or by grand jury indictment under 18 U.S.C. § 3161(b) to the next court date; and that the corresponding period of delay be excluded in computing time under the Speedy Trial Act. In support, the government and defendant state as follows:

On August 21, 2024, the Court approved a criminal complaint and warrant authorizing the government to arrest the defendant, and he was arrested the next day. The complaint charged the defendant with one count of securities fraud, in violation of 15 U.S. Code § 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5. This single charge stems from the government's broader investigation into a scheme to defraud investors in the publicly traded securities in Minerco (stock ticker MINE).

On August 30, 2024, U.S. Magistrate Judge G. Michael Harvey ordered the defendant released on home detention. Dkt. 10. That day, the defendant also waived his right to a preliminary hearing. The Court further scheduled a status conference for October 21, 2024, and

at the parties' joint request, the court extended the deadline by which the government must charge the defendant by information or indictment until October 21, 2024 and excluded the corresponding time under the Speedy Trial Act.

The parties are currently discussing the nature of the government's investigation, the extent of the defendant's potential criminal exposure, and whether the parties may be able to resolve this matter prior to the defendant facing additional charges by way of an information or indictment. The government has also produced a substantial volume of discovery.

Under the Speedy Trial Act, "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested[.]" 18 U.S.C. § 3161(b)   Further, time may be excluded from the Speedy Trial Act requirement if the Court finds "that the ends of justice served by [granting a continuance] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). If granting such a continuance, the Court must place on the record the reasons why the delay better serves the ends of justice than the public's and defendant's interests in a speedy trial.  *Id.*

The ends of justice support delaying the time by which the government must seek an information or indictment against the defendant.  Such a delay will increase the likelihood that the parties will resolve this matter without the expenditure of unnecessary grand jury and Court resources.  It will also allow the defendant to assess his exposure before potentially facing additional criminal charges and to review and assess the discovery produced by the government.

The parties therefore jointly request that the Court continue the status conference scheduled for October 21, 2024 until on or after November 15, 2024, and to extend the deadline by which the government must charge the defendant through an information or by grand jury indictment

under 18 U.S.C. § 3161(b) to the next court date, and the corresponding period of delay be excluded in computing time under the Speedy Trial Act.

A proposed order is attached.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division

By:   */s/ Kyle Crawford*
      Kyle Crawford (D.C. 888241455)
      Trial Attorney, Fraud Section
      Criminal Division
      United States Department of Justice
      1400 New York Ave. N.W.
      Washington, DC 20005
      202-794-4010
      kyle.crawford@usdoj.gov

      *Counsel for the United States*

By:   */s/ Christopher Davis*
      Christopher Davis
      DAVIS & DAVIS
      1350 Connecticut Avenue, NW Suite 202
      Washington, DC 20036
      (202) 234-7300
      cmdavisdc@gmail.com

      *Counsel for the Defendant*