UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CR. NO. 24-MJ-267 (MAU)** |
| : | |
| **JULIUS MAKARI JENGE** : | |
| : | |
| **Defendant.** : | |

**DEFENDANT'S UNOPPOSSED MOTION
TO MODIFY CONDITIONS OF RELEASE**

Julius Jenge, with the consent of the United States, moves this Honorable Court to modify his conditions of release and states the following in support thereof:

1. Julius Jenge was arrested and subsequently detained on August 23, 2024. Magistrate Judge Harvey released Jenge to Home Detention with a $100,000 unsecured bond on August 30, 2024.

2. Pretrial Services has represented to the parties that Jenge has been and remains in compliance with his conditions of release.

3. Jenge requests that he be allowed to move from his current residence to a location approved by Pretrial Services. He also moves to have his release conditions modified from Home Detention to a 10 PM to 6 AM curfew.

4. Pretrial, consistent with its long-standing policy, defers to the Court on Jenge's request for a modification of his release conditions. The United States does not oppose this request.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this response was served on counsel for the United States via the court's CM/ECF system and by email to on this 28th day of October 2024.

_____/s/_____
Christopher M. Davis
